United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Hannah Gildea
Debtor

Case No. 26-12280-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 28, 2026 | Form ID: 318 | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hannah Gildea, 1508 N Mascher St Unit 6, Philadelphia, PA 19122-3910 |
| 15147110 | | Children's Hospital of Philadelphia, Attn: Bankruptcy, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 15147126 | + | Paypal, Attn: Bankruptcy, 215 S. State St. Suite 1000, Salt Lake City, UT 84111-2336 |
| 15147135 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15147136 | | Tbom/Cci Mc, The Bank of Missouri, Attn: Bankruptcy 9, Perryville, MO 63775 |
| 15147137 | | Upst/Drb, DR Bank Loan Operations, Attn: Bankruptc, San Carlos, CA 94070 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Aug 29 2026 06:06:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 29 2026 02:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 29 2026 06:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15147103 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 29 2026 02:18:03 | Affirm, Inc., Attn: Bankruptcy Notice,, 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 15147104 | ^ | MEBN | Aug 29 2026 02:06:20 | Afterpay US Services, LLC, 760 Market St Fl 2 Unit 2.03, San Francisco, CA 94102-2402 |
| 15147105 | + | Email/PDF: bncnotices@becket-lee.com | Aug 29 2026 02:17:58 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15147106 | | Email/Text: bk@avant.com | Aug 29 2026 02:10:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 15147107 | | EDI: TSYS2 | Aug 29 2026 06:06:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15147108 | | EDI: CAPITALONE.COM | Aug 29 2026 06:03:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15147109 | | EDI: JPMORGANCHASE | Aug 29 2026 06:03:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15147111 | + | EDI: CITICORP | Aug 29 2026 06:06:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15147112 | | EDI: WFNNB.COM | Aug 29 2026 06:06:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |

| | | | | |
|---|---|---|---|---|
| 15147113 | + | EDI: WFNNB.COM | Aug 29 2026 06:06:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15147114 | + | EDI: WFNNB.COM | Aug 29 2026 06:06:00 | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15147115 | | EDI: PHINGENESIS | Aug 29 2026 06:06:00 | Concora Credit, Attn: Bankruptcy, 14600 Nw Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 15147116 | ^ | MEBN | Aug 29 2026 02:06:49 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15147117 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2026 02:17:58 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15147118 | + | EDI: DISCOVER | Aug 29 2026 06:03:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15147119 | | Email/Text: BNSFS@capitalsvcs.com | Aug 29 2026 02:09:00 | First Savings Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 15147120 | | Email/Text: Bankruptcy@FMAAlliance.com | Aug 29 2026 02:09:00 | FMA Alliance, 11410 Greens Crossing Blvd Ste 100, Houston, TX 77067-4432 |
| 15147121 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 29 2026 02:09:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15147122 | + | Email/Text: BNCnotices@dcmservices.com | Aug 29 2026 02:09:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15147123 | | Email/Text: bankruptcy.us@klarna.com | Aug 29 2026 02:09:00 | Klarna, Inc., Attn: Bankruptcy, 800 N High St Ste 400, Columbus, OH 43215-1430 |
| 15147124 | | Email/Text: camanagement@mtb.com | Aug 29 2026 02:10:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 15147125 | | Email/Text: usbknotice@ncc.us | Aug 29 2026 02:09:00 | Nationwide Credit & Collections, 815 Commerce Dr Ste 270, Oak Brook, IL 60523-8852 |
| 15147127 | | Email/Text: bankruptcies@penncredit.com | Aug 29 2026 02:09:00 | Penn Credit, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 15147129 | | Email/Text: CollectionsDept@PFCU.COM | Aug 29 2026 02:09:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1003 |
| 15147128 | ^ | MEBN | Aug 29 2026 02:06:47 | Penn Medicine, Attn: Bankruptcy, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 15147130 | | EDI: SYNC | Aug 29 2026 06:03:00 | Syncb/Jcrew, Attn: Bankruptcy, PO BOx 965065, Orlando, FL 32896-5065 |
| 15147131 | | EDI: SYNC | Aug 29 2026 06:03:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 15147132 | | EDI: SYNC | Aug 29 2026 06:03:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15147133 | | EDI: SYNC | Aug 29 2026 06:03:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15147134 | | EDI: SYNC | Aug 29 2026 06:03:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15147138 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 29 2026 02:10:00 | Upst/Wsfs, Attn: Bankruptcy, P.O. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Hannah Gildea help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Hannah Gildea<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4420 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 26–12280–amc | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Hannah Gildea

8/27/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**